**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF VIRGINIA**
**Lynchburg DIVISION**

In Re:  GLORIA IRENE BOOKER-PRICE                                      Case No.: 17-60485

    Debtor(s)

## NOTICE OF OBJECTION TO CLAIM

**Herbert L Beskin, Chapter 13 Trustee**, has filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated.** **You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the court to eliminate or change your claim, then on or before June 01, 2022, you or your lawyer must: Use the Court's ECF system to electronically file with the court a written response to the objection, explaining your position. If you fail to file such a written response by this date, the Trustee's objection may be sustained by the Court without the need for a hearing.

If you mail your response to the court for filing, you must mail it early enough so that the court will receive it on or before the date stated above.  Please mail to:

**U. S. Courthouse, 1101 Court Street, Lynchburg, VA 24504.**

If you mail your response, you must also send a copy to Herbert L. Beskin, Chapter 13 Trustee, 123 East Main Street, Suite 310, Charlottesville, VA 22902.

If you file a response you must participate in the video conferencing hearing on the objection, scheduled to be held on June 09, 2022, at 9:30am.

Due to Corona Virus concerns, and until further notice or unless ordered otherwise, all hearings before Judge Connelly will be conducted by video conference and will not be held in person.  All Debtors should contact their attorneys for information on Hearings before Judge Connelly.  Other Parties should contact Judge Connelly's courtroom deputies at VAWBml_Connelly_Scheduling@vawb.uscourts.gov to obtain video access instructions and Zoom access information.  These procedures shall apply to hearings before Judge Connelly only; these procedures do not apply to hearings before Judge Black.

Date: May 02, 2022.

Signature:  /s/ Herbert L. Beskin
Chapter 13 Trustee
VSB# 15050
P.O. Box 2103, Charlottesville VA 22902
Tel: (434) 817-9913, ext. 121
E-mail: ch13staff@cvillech13.net

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

IN RE:

GLORIA IRENE BOOKER-PRICE

**Debtor**

CHAPTER 13
CASE NO. 17-60485

## OBJECTION TO CLAIM; ORDER AND NOTICE OF OPPORTUNITY FOR HEARING

The undersigned Trustee objects to the following claim for the reasons stated:

| CLAIM NO. | NAME AND ADDRESS OF CLAIMANT | AMOUNT OF CLAIM | OBJECTION TO ALLOWANCE OF CLAIM |
|---|---|---|---|
| 006-2 | QUANTUM3 GROUP LLC, AS AGENT FOR WOLLEMI ACQUISITIONS LLC<br>P.O. BOX 788<br>KIRKLAND, WA   98083-0788 | $12,724.40 | Deficiency balance claim filed late on 2/28/2020. Creditor had 180 days to file after the Order Confirming Plan was entered on 6/22/2017. Ask disallowance of Claim 6-2 it its entirety. |

**WHEREFORE**, your Trustee prays that the Court, after notice and an opportunity for hearing, sustain the objection(s) or make other determination as is appropriate,

DATED: 05/02/2022

HERBERT L. BESKIN, CHAPTER 13 TRUSTEE

By:   /s/ Herbert L. Beskin

P.O. Box 2103
Charlottesville, VA   22902
Ph: 434-817-9913; Email: ch13staff@cvillech13.net

I hereby certify that I have this date mailed a true copy of the foregoing objection and order to all claimants, or to their counsel, and to counsel for the debtor(s) in this proceeding.

HERBERT L. BESKIN, CHAPTER 13 TRUSTEE

DATED:  05/02/2022                              By.    /s/ Herbert L. Beskin
                                                P.O. Box 2103
                                                Charlottesville, VA   22902
                                                Ph: 434-817-9913; Email: ch13staff@cvillech13.net